464 A.2d 526

Commonwealth v. Brindley, Appellant.

Commonwealth v. Lennox, Appellant.

Argued May 3, 1983. Frank J. Marcone, for appellants; Dennis C. McAndrews, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., McEWEN and HOFFMAN, JJ.

The judgments of sentence of the learned Delaware County Common Pleas Court Judge Melvin G. Levy are affirmed.

464 A.2d 526

Commonwealth v. Brooks, Appellant.

Submitted January 20, 1983. Peter T. Campana, for appellant; Kenneth D. Brown, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and HOFFMAN, JJ.

Judgment of sentence affirmed.